ACCEPTED
12-15-00128-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/17/2015 12:00:00 AM
CATHY LUSK
CLERK

# Beverly D. Melontree
## Attorney at Law

213 S. Fenton Avenue
Tyler, Texas  75702
Telephone:  713.480.2674
903-372-6193
Facsimile:  903.747.3760
Bmelontree@icloud.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/16/2015 1:26:57 PM
CATHY S. LUSK
Clerk

August 16, 2015

Ms. Katrina McClenny
Chief Deputy Clerk
12th Court of Appeals
1517 West Front Street
Tyler, Texas  75702

Re:     Cause No.:  12-15-00128-CR; *Robert Lafayette Walker v. The State of Texas;* In the 12th Court of Appeals; Smith County, Texas.

Dear Ms. McClenny:

Please find enclosed Appellant's Brief in the above-referenced case number.

If you have any questions regarding the contents of this correspondence, then feel free to contact me at 713-480-2674.  I look forward to hearing from you.

Very truly yours,

Beverly D. Melontree

cc:     Mr. Robert Walker
3109 Rolling Hill Drive
Tyler, Texas  75702

Mr. Michael J. West